BARUTH et al, Appellants, v. BOARD OF COUNTY COM-
MISSIONERS OF SANBORN COUNTY, Respondents.

(209 N. W. 341.)

(File No. 6025.   Opinion filed June 19, 1926.)

Time—Drains—County Commissioners.

Where thirtieth day after order of county commissioners' accepting drainage ditch fell on Sunday, appeal taken on next day was timely.

---

Note —See, Headnote, American Key-Numbered Digest, Time, Key-No. 10(9), 38 Cyc. 329, 331.

Appeal from Circuit Court, Sanborn County; Hon. FRANK B. SMITH, Judge.

Proceeding by the Board of County Commissioners of Sanborn County acting as a drainage board against E. E. Baruth and others.  From an order of the circuit court dismissing their appeal from an order of the board accepting the ditch, defendants appeal. Reversed.

*J. E. Whiting,* of Woonsocket, for Appellants.
*Laurits Miller,* of Mitchell, for Respondents.

SHERWOOD, J.  On December 7, 1923, the board of county commissioners of Sanborn county passed a resolution accepting drainage ditch No. 25, and on January 7, 1924, appellants, defendants here, appealed from such order to the circuit court.  The circuit court dismissed that appeal on the ground it was not taken within 30 days after the order was made.  It is conceded that the appeal was not taken until the 31st day after the order was made, and also conceded that the 30th day after the order

was made fell on Sunday. The only question here presented is, Was the appeal from the county board taken within the time prescribed by law? We think the law applicable here was settled in Dobson v. Lindekugel, 39 S. D. 374, 164 N. W. 269. The question here presented is fully argued in that case, and we still adhere to the views there expressed. See, also, Jones v. Lange, 49 S. D. 502, 207 N. W. 463.

The order of the circuit court dismissing the appeal is reversed.

KNIGHT, Circuit Judge, sitting in lieu of DILLON, J.